UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAGEO HALL, | No. 2:20-cv-01701 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| JEFF MACOMBER, et al., | |
| Defendants. | |

A settlement conference was held in this matter on November 4, 2021 and the case did not settle. Good cause appearing, IT IS HEREBY ORDERED that:

1. The stay imposed in this matter on March 31, 2021 is lifted; and

2. Defendants shall file their response to plaintiff's remaining claims within 21 days.

Dated: November 8, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hall1701.ans