1
2
3
4
5
6
7                      UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   DEMAGEO HALL,                           No.  2:20-cv-1701 KJM CKD P

11              Plaintiff,

12         v.                                ORDER

13   JEFF MACOMBER, et al.,

14              Defendants.

15

16         On March 18, 2022, plaintiff filed a motion seeking an extension of the deadline to serve

17   discovery requests.  The deadline for serving discovery requests, which was established in the

18   court's December 6, 2021 order,[1] was February 7, 2022.

19         After a deadline has passed, the court may only grant a motion to extend the deadline if it

20   is shown that the motion being filed after the expiration of the deadline was the result of

21   excusable neglect.  Fed. R. Civ. P. 6(b).  Plaintiff has not made that showing.  Therefore, his

22   request for an extension of time will be denied.

23   ////

24   ////

25   ////

26   _____

27   [1] "The parties may conduct discovery until **April 8, 2022.**  Any motions necessary to compel
     discovery shall be filed by that date. All requests for discovery pursuant to Federal Rules of Civil
     Procedure 31, 33, 34 or 36 shall be served not later than sixty days prior to that date."  ECF No.
28   30 at 6.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for an extension of the deadline to serve discovery requests (ECF No. 33) is denied.

Dated:  June 30, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hall1701.ed