UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAGEO HALL, | No. 2:20-cv-1701 KJM CKD P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| JEFF MACOMBER, et al., | |
| Defendants. | |

On May 15, 2023, plaintiff filed his pretrial statement. Good cause appearing, IT IS HEREBY ORDERED that defendants file their pretrial statement within 30 days.

Dated: June 22, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hall1701.vfr